IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **DAWUD J. BEST,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 8:17cv314-GJH |
| | ) |
| **FEDERAL NATIONAL MORTGAGE** | ) |
| **ASSOCIATION,** *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dawud J. Best, by counsel, and Defendants, Federal National Mortgage Association, Capital One, N.A., and Brock & Scott, PLLC, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action and all claims against Defendants in this action, with each party to bear its own fees and costs.

Respectfully submitted,

/s/ Jeffery W. Styles
Jeffery W. Styles, Esq.
D. Md. Bar No. 20659
Washington Legal Group, LLC
1666 K Street, NW, Ste. #440
Washington, DC 20006
Telephone: (202) 503-1708
Email: jstyles@washlegal.com

*Counsel for Plaintiff*

/s/ S. Mohsin Reza
S. Mohsin Reza (D. Md. # 19015)
Jason T. Kutcher (D. Md. # 20033)
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
mohsin.reza@troutman.com
jason.kutcher@troutman.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered counsel listed below:

S. Mohsin Reza, Esq.
Jason T. Kutcher, Esq.
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
mohsin.reza@troutman.com
jason.kutcher@troutman.com
*Counsel for Defendants*


Christine Nicole Johnson, Esq.
Brock & Scott, PLLC
7564 Standish Place, Suite 115
Rockville, MD 20855
*Co-counsel for Brock & Scott, PLLC*

/s/ Jeffery W. Styles
Jeffery W. Styles, Esq.